IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARLON LEE TUCKER**                                                                **PLAINTIFF**
ADC #179831

v.                       CASE NO. 2:22-CV-00209-BSM

**DOES**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE